IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORMAN MALONE,

                                                        ORDER

            Petitioner,

                                                  3:07-cv-377-bbc

     v.

CORRECTIONS CORPORATION OF AMERICA,

           Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     In compliance with the directive of the Court of Appeals for the Seventh Circuit dated February 5, 2008, I am assessing petitioner a $21.28 initial partial payment of the fee for filing his appeal in this case. He is to submit the payment no later than March 12, 2008, in a check or money order made payable to the clerk of court. If, by March 12, 2008, petitioner fails to submit the payment or show cause for his failure to do so, I will notify the court of appeals of his failure to comply with this order so that it may take whatever action

1

it believes is appropriate with respect to his appeal.

Entered this 20th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge